IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA GEGENHEIMER<br>v.<br>KENCO LOGISTICS SERVICES, et al | Civil Action No.  18-887 JLS |

ORDER CANCELING SETTLEMENT CONFERENCE

       Please be advised that the in person settlement conference in the above-captioned case to be held on **TUESDAY, JANUARY 22, 2019** at **9:30 AM** before the Honorable Henry S. Perkin, United States Magistrate Judge, is hereby CANCELED.

BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT
DEPUTY CLERK TO HENRY S. PERKIN, USMJ
  FOR INFORMATION CONTACT CHAMBERS
  Phone: 610-434-3823
  FAX: 610-434-5152

Date: November 20, 2018