IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREA GEGENHEIMER,

    V.

KENCO LOGISTICS SERVICES, et al,

Civil Action No.   18-887 JLS

ORDER

    **AND NOW, TO WIT:** This 20TH   day of  NOVEMBER, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes only.

    KATE BARKMAN, Clerk of Court

    **By:**   /ss/ Carlene L. Kohut_____
        Carlene L. Kohut,
        Deputy Clerk
        Judge Henry S. Perkin

Civ 2 (7/95)
41.1(b)